Christopher T. Holland (SB #164053)
Anne E. Kearns (SB #183336)
Kathy M. Sarria (SB #181322)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: (415) 249-8330
Facsimile:  (415) 249-4333

Karen R. Thorland (SB #172092)
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067
Telephone: (310) 282-2000
Facsimile:  (310) 282-2200

Attorneys for Plaintiffs
COLUMBIA PICTURES; and TWENTIETH CENTURY FOX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; and TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation,<br><br>    Plaintiffs,<br><br>  vs.<br><br>JOHN DOE (69.106.189.162),<br><br>    Defendant. | CASE NO. C04-5245 CW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

KRIEG
KELLER
SLOAN
REILLEY &
ROMAN
LLP

1

NOTICE OF VOLUNTARY DISMISSAL
C04-5245 CW

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule Civil Procedure 41(a), Plaintiffs voluntarily dismiss the above-captioned action without prejudice, each side to bear its own costs and attorneys' fees.

Plaintiffs request that the Court retain jurisdiction with respect to the Doe Defendant to enforce the settlement agreement (if needed) entered into as of March 14, 2005 between Plaintiffs and the Doe Defendant.

DATED: May 3, 2005                    Respectfully submitted,

CHRISTOPHER T. HOLLAND

ANNE E. KEARNS

KATHY M. SARRIA
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

DOUGLAS E. MIRELL
KAREN R. THORLAND
LOEB & LOEB LLP


By: _____/S/_____
    Christopher T. Holland
    Attorneys for Plaintiffs
    COLUMBIA PICTURES; and
    TWENTIETH CENTURY FOX

**IT IS SO ORDERED**

Dated: 5/4/05                         /s/ CLAUDIA WILKEN
                                      Hon. Claudia Wilken
                                      UNITED STATES DISTRICT COURT JUDGE

KRIEG KELLER SLOAN REILLEY & ROMAN LLP

64590
cholland
60055-001

2

NOTICE OF VOLUNTARY DISMISSAL
C04-5245 CW